# EXHIBIT A

## CERTIFICATION

Maurice Scarborough (the "Plaintiff") authorizes Pessah Law Group, PC, Chelin Law Firm and Klafter Lesser LLP to file an action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") in connection with the purchase and sale or expiration, of one or more of the Affected Options which consist of call options on any of the following stocks: American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), or Nokia Corporation (NYSE: NOK).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint on behalf of purchasers of the Affected Options against RH and retained Pessah Law Group, PC, Chelin Law Firm and Klafter Lesser LLP.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. Exhibit A contains a list of all of the purchases and sales Plaintiff has made in the Affected Options for which Plaintiff seeks redress pursuant to the claims set forth in the complaint:

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies): ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC.

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2023

*[signature]*
MAURICE SCARBOROUGH

## EXHIBIT A

## MAURICE SCARBOROUGH

| AFFECTED OPTIONS PURCHASED AND HELD AT THE CLOSE ON JAN. 27, 2021 | | | SALES OF SUCH OPTIONS BETWEEN JAN. 28, 2021 AND FEB. 19, 2021 | |
|---|---|---|---|---|
| OPTION | PURCH. DATE | PURCH. PRICE | SALE DATE | SALE PRICE |
| AMC – 1 contract (100 shares) Call - 02/19/21 Expiry | 1/27/21 | $1922.02 | 2/11/21 | $13.98 |
| AMC – 1 contract (100 shares) Call - 02/19/21 Expiry | 1/27/21 | $968.00 | 2/11/21 | $13.98 |
| NOK – 7 contracts (700 shares) Call - 02/19/21 Expiry | 1/27/21 | $980.00 | Expired | Expired |
| NOK – 1 contract (100 shares) Call - 02/19/21 Expiry | 1/27/21 | $278.00 | Expired | Expired |
| NOK – 1 contract (100 shares) Call - 02/19/21 Expiry | 1/27/21 | $140.00 | Expired | Expired |

# CERTIFICATION

Scott Schiller (the "Plaintiff") authorizes Pessah Law Group, PC, Chelin Law Firm and Klafter Lesser LLP to file an action under the federal securities laws to recover damages and to seek other relief against ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC. (collectively "RH") in connection with the purchase and sale or expiration, of one or more of the Affected Options which consist of call options on any of the following stocks: American Airlines Group Inc. (NASDAQ: AAL), AMC Entertainment Holdings Inc. (NYSE: AMC), BlackBerry Limited (NYSE: BB), Bed Bath & Beyond Inc. (NASDAQ: BBBY), GameStop Corp. (NYSE: GME), or Nokia Corporation (NYSE: NOK).

Plaintiff declares, as to the claims asserted under the federal securities laws, that:

1. Plaintiff has reviewed a complaint on behalf of purchasers of the Affected Options against RH and retained Pessah Law Group, PC, Chelin Law Firm and Klafter Lesser LLP.

2. Plaintiff did not engage in transactions in the securities that are the subject of this action at the direction of Plaintiff's counsel or in order to participate in this or any other litigation under the securities laws of the United States.

3. Plaintiff is willing to serve as a lead plaintiff either individually or as part of a group. A lead plaintiff is a representative party who acts on behalf of other class members in directing the action, and whose duties may include testifying at deposition and trial.

4. Exhibit A contains a list of all of the purchases and sales Plaintiff has made in the Affected Options for which Plaintiff seeks redress pursuant to the claims set forth in the complaint:

5. Plaintiff has not, within the three years preceding the date of this certification, sought to serve or served as a representative party on behalf of a class in an action involving alleged violations of the federal securities laws, except: for the following company(ies): ROBINHOOD FINANCIAL, LLC, ROBINHOOD SECURITIES LLC, ROBINHOOD MARKETS, INC.

6. Plaintiff will not accept any payment for serving as a representative party beyond Plaintiff's pro rata share of any recovery, except reasonable costs and expenses, such as travel expenses and lost wages directly related to the class representation, as ordered or approved by the court pursuant to law.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 5, 2023

DocuSigned by:
*Scott Schiller*
C27DDCA78FBE42F...

**SCOTT SCHILLER**

EXHIBIT A

SCOTT SCHILLER

| AFFECTED OPTIONS PURCHASED AND HELD AT THE CLOSE ON JAN. 27, 2021 | | | SALES OF SUCH OPTIONS BETWEN JAN. 28, 2021 AND FEB. 19, 2021 | |
|---|---|---|---|---|
| OPTION | PURCH. DATE | PURCH. PRICE | SALE DATE | SALE PRICE |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 10/15/20 | $135.00 | Expired | Expired |
| AAL - 3 contracts (300 shares) Call- 02/19/2021 Expiry | 10/15/20 | $81.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/15/20 | $27.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/15/20 | $27.00 | Expired | Expired |
| AAL - 3 contracts (300 shares) Call- 02/19/2021 Expiry | 11/11/20 | $48.00 | Expired | Expired |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 11/20/20 | $105.00 | Expired | Expired |
| AAL - 4 contracts (400 shares) Call- 02/19/2021 Expiry | 12/18/20 | $252.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/18/20 | $63.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/18/20 | $63.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/18/20 | $63.00 | Expired | Expired |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 12/22/20 | $175.00 | Expired | Expired |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 12/28/20 | $165.00 | Expired | Expired |
| AAL - 3 contracts (300 shares) Call- 02/19/2021 Expiry | 12/31/20 | $66.00 | Expired | Expired |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 01/14/21 | $65.00 | Expired | Expired |
| AAL - 7 contracts (700 shares) Call- 02/19/2021 Expiry | 01/15/21 | $70.00 | Expired | Expired |
| AAL - 10 contracts (1000 shares) Call- 02/19/2021 Expiry | 01/22/21 | $60.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 09/22/20 | $25.00 | Expired | Expired |
| AAL - 5 contracts (500 shares) Call- 02/19/2021 Expiry | 10/08/20 | $140.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/09/20 | $22.00 | Expired | Expired |
| AAL - 2 contracts (200 shares) Call- 02/19/2021 Expiry | 10/13/20 | $32.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/13/20 | $21.00 | Expired | Expired |

DocuSign Envelope ID: 23878D39-9E3C-4651-8A96-575EDA61EBC5

| | | | | |
|---|---|---|---|---|
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/13/20 | $21.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 10/13/20 | $17.00 | Expired | Expired |
| AAL - 3 contracts (300 shares) Call- 02/19/2021 Expiry | 11/23/20 | $27.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/17/20 | $29.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/18/20 | $28.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/18/20 | $27.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/22/20 | $17.00 | Expired | Expired |
| AAL - 1 contract (100 shares) Call- 02/19/2021 Expiry | 12/22/20 | $17.00 | Expired | Expired |