NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

MAURICE D. PESSAH (SBN: 275955)
PESSAH LAW GROUP, PC
9100 Wilshire Blvd., Suite 850E
Beverly Hills, CA 90212
Telephone: (310) 772-2261
Email: maurice@pessahgroup.com

ATTORNEY(S) FOR: Plaintiffs and the Proposed Class

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SCARBOROUGH et al.<br><br>Plaintiff(s),<br><br>v.<br><br>ROBINHOOD FINANCIAL, LLC et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>2:23-cv-02622<br><br>**CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:    THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for    Plaintiffs Maurice Scarborough, Scott Schiller and the Proposed Class
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Maurice Scarborough | Plaintiff |
| Scott Schiller | Plaintiff |
| All Others Similarly Situated (proposed class) | Plaintiff |
| Robinhood Financial, LLC | Defendant |
| Robinhood Securities, LLC | Defendant |
| Robinhood Markets, Inc. | Defendant |

April 6, 2023                                          /s/ Maurice D. Pessah
Date                                                    Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiffs and the Proposed Class

CV-30 (05/13)                         **NOTICE OF INTERESTED PARTIES**