AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| MAURICE SCARBOROUGH and SCOTT SCHILLER, each individually, and on behalf of all others similarly situated <br><br> *Plaintiff(s)* <br><br> v. <br><br> ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company; and see attached <br><br> *Defendant(s)* | Civil Action No. 2:23-cv-02622 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  ROBINHOOD FINANCIAL, LLC
ROBINHOOD SECURITIES, LLC; and
ROBINHOOD MARKETS, INC.

Address for All Named Defendants: 85 Willow Road
Menlo Park, CA 94025

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Maurice D. Pessah
Pessah Law Group, PC
9100 Wilshire Blvd., Ste. 850E
Beverly Hills, CA 90212

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____     _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:23-cv-02622

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____
                                                            _____
                                                            *Server's signature*

                                                            _____
                                                            *Printed name and title*

                                                            _____
                                                            *Server's address*

Additional information regarding attempted service, etc:

MAURICE D. PESSAH (SBN: 275955)
maurice@pessahgroup.com
**PESSAH LAW GROUP, PC**
9100 Wilshire Boulevard, Suite 850E
Beverly Hills, CA 90212
Tel. (310) 772-2261

STUART N. CHELIN (SBN: 320357)
stuart@chelinlaw.com
**CHELIN LAW FIRM**
16133 Ventura Boulevard, Suite 700
Encino, CA 91436
Tel. (310) 556-9664

JEFFREY A. KLAFTER (*pro hac vice to be requested*)
jak@klafterlesser.com
**KLAFTER LESSER LLP**
Two International Drive, Suite 350
Rye Brook, NY 10573
Tel. (914) 934-9200

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICE SCARBOROUGH and SCOTT SCHILLER, each individually, and on behalf of all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company; ROBINHOOD SECURITIES, LLC, a Delaware limited liability company; and ROBINHOOD MARKETS, INC., <br><br> Defendants. | Case No.: <br><br> **CLASS ACTION COMPLAINT FOR DAMAGES** <br><br> [DEMAND FOR JURY TRIAL] |

1

CLASS ACTION COMPLAINT