ACCO,(PDx),CLOSED,DISCOVERY,MANADR,TRANSFERRED

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
## CIVIL DOCKET FOR CASE #: 2:23−cv−02622−FLA−PD

Maurice Scarborough et al v. Robinhood Financial LLC et al
Assigned to: Judge Fernando L. Aenlle−Rocha
Referred to: Magistrate Judge Patricia Donahue
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 04/06/2023
Date Terminated: 04/26/2023
Jury Demand: Plaintiff
Nature of Suit: 850 Securities/Commodities
Jurisdiction: Federal Question

**Plaintiff**

**Maurice Scarborough**
*each individually, and on behalf of all others similarly situated*

represented by **Maurice David Pessah**
Pessah Law Group PC
9100 Wilshire Boulevard, Suite 850E
Beverly Hills, CA 90212
310−772−2261
Email: maurice@pessahgroup.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stuart Neil Chelin**
Chelin Law Firm
16133 Ventura Boulevard, Suite 700
Encino, CA 91436
310−556−9664
Email: stuart@chelinlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Schiller**
*each individually, and on behalf of all others similarly situated*

represented by **Stuart Neil Chelin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice David Pessah**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Robinhood Financial LLC**

**Defendant**

**Robinhood Securities, LLC**

**Defendant**

**Robinhood Markets, Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/06/2023 | Ï 1 | COMPLAINT Receipt No: ACACDC−35097539 – Fee: $402, filed by Plaintiff Maurice Scarborough, Scott Schiller. (Attachments: # 1 Exhibit Exhibit A – Certification of Maurice Scarborough and Scott Schiller) (Attorney Maurice David Pessah added to party Maurice Scarborough(pty:pla), Attorney Maurice David Pessah added to party Scott Schiller(pty:pla))(Pessah, Maurice) (Entered: 04/06/2023) |
| 04/06/2023 | Ï 2 | Notice United States District Court, Central District of California Civil Cover Sheet filed by Plaintiff Maurice Scarborough, Scott Schiller. (Pessah, Maurice) (Entered: 04/06/2023) |
| 04/06/2023 | Ï 3 | Notice of Interested Parties filed by Plaintiff Maurice Scarborough, Scott Schiller. (Pessah, Maurice) (Entered: 04/06/2023) |
| 04/06/2023 | Ï 4 | Request for Clerk to Issue Summons on Complaint (Attorney Civil Case Opening), 1 filed by Plaintiff Maurice Scarborough, Scott Schiller. (Pessah, Maurice) (Entered: 04/06/2023) |
| 04/07/2023 | Ï 5 | NOTICE OF ASSIGNMENT to District Judge Fernando L Aenlle−Rocha and Magistrate Judge Patricia Donahue. (jtil) (Entered: 04/07/2023) |
| 04/07/2023 | Ï 6 | NOTICE TO PARTIES OF COURT−DIRECTED ADR PROGRAM filed. (jtil) (Entered: 04/07/2023) |
| 04/07/2023 | Ï 7 | Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge. (jtil) (Entered: 04/07/2023) |
| 04/10/2023 | Ï 8 | 21 DAY Summons Issued re Complaint (Attorney Civil Case Opening), 1 as to Defendants Robinhood Financial LLC, Robinhood Markets, Inc., Robinhood Securities, LLC. (jtil) (Entered: 04/10/2023) |
| 04/10/2023 | Ï 9 | NOTICE OF PRO HAC VICE APPLICATION DUE for Non−Resident Attorney Jeffrey A. Klafter. A document recently filed in this case lists you as an out−of−state attorney of record. However, the Court has not been able to locate any record that you are admitted to the Bar of this Court, and you have not filed an application to appear Pro Hac Vice in this case. Accordingly, within 5 business days of the date of this notice, you must either (1) have your local counsel file an application to appear Pro Hac Vice (Form G−64) and pay the applicable fee, or (2) complete the next section of this form and return it to the court at cacd_attyadm@cacd.uscourts.gov. You have been removed as counsel of record from the docket in this case, and you will not be added back to the docket until your Pro Hac Vice status has been resolved. (jtil) (Entered: 04/10/2023) |
| 04/11/2023 | Ï 10 | INITIAL STANDING ORDER upon filing of the complaint by Judge Fernando L. Aenlle−Rocha. (tf) (Entered: 04/11/2023) |
| 04/26/2023 | Ï 11 | CONDITIONAL TRANSFER ORDER – CTO−7 from the United States Judicial Panel on Multidistrict Litigation, MDL 2969, transferring case to USDC, Southern District of Florida and assigned to Honorable Cecilia M. Altonaga. Case transferred electronically on 4/26/2023. (MD JS−6. Case Terminated.) (lc) (Entered: 04/26/2023) |