POS-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*<br>Stuart N. Chelin (SBN 320357)<br>**CHELIN LAW FIRM**<br>16133 Ventura Boulevard, Suite 700, Encino, CA 91436<br>TELEPHONE NO.: (310) 556-9664  \| FAX NO.  \| E-MAIL ADDRESS: stuart@chelinlaw.com<br>ATTORNEY FOR *(Name)*: Plaintiffs and the Proposed Class | FOR COURT USE ONLY |
|---|---|

| **UNITED STATES DISTRICT COURT**<br>STREET ADDRESS:<br>CITY AND ZIP CODE:<br>BRANCH NAME: CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| PLAINTIFF/PETITIONER: MAURICE SCARBOROUGH and SCOTT SCHILLER, each individually, and on behalf of all others similarly situated<br>DEFENDANT/RESPONDENT: ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company; et al. | CASE NUMBER:<br>2:23-cv-02622 FLA (PDx) |
| **PROOF OF SERVICE OF SUMMONS** | Ref. No. or File No.:<br>2179177AS |

*(Separate proof of service is required for each party served.)*

1. At the time of service I was at least 18 years of age and not a party to this action.
2. I served copies of:
   a. ☑ Summons
   b. ☑ Complaint
   c. ☐ Alternative Dispute Resolution (ADR) package
   d. ☐ Civil Case Cover Sheet
   e. ☐ Cross-Complaint
   f. ☑ other *(specify documents)*: Civil Cover Sheet; Initial Standing Order; Notice of Assignment to United States Judges; Notice to Parties of Court-Directed ADR Program; Notice to Counsel Re Consent to Proceed Before a United States Magistrate Judge
3. a. Party served *(specify name of party as shown on documents served)*:
   **ROBINHOOD SECURITIES, LLC, a Delaware limited liability company**

   b. ☑ Person (other than the party in item 3a) served on behalf of an entity or as an authorized agent (and not a person under item 5b on whom substituted service was made) *(specify name and relationship to the party named in item 3a)*:
   **Incorp Services, Inc., Agent for Service of Process by serving Jennifer Lee - Customer Service Liaison**
4. Address where the party was served: **7801 Folsom Boulevard, Suite 202**
   **Sacramento, CA 95826**
5. I served the party *(check proper box)*
   a. ☑ **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on *(date)*: **4/25/2023**  (2) at *(time)*: **4:08 PM**
   b. ☐ **by substituted service.** On *(date)*:  at *(time)*:  I left the documents listed in item 2 with or in the presence of *(name and title or relationship to person indicated in item 3)*:

   (1) ☐ **(business)** a person at least 18 years of age apparently in charge at the office or usual place of business of the person to be served. I informed him of her of the general nature of the papers.
   (2) ☐ **(home)** a competent member of the household (at least 18 years of age) at the dwelling house or usual place of abode of the party. I informed him or her of the general nature of the papers.
   (3) ☐ **(physical address unknown)** a person at least 18 years of age apparently in charge at the usual mailing address of the person to be served, other than a United States Postal Service post office box. I informed him of her of the general nature of the papers.
   (4) ☐ I thereafter mailed (by first-class, postage prepaid) copies of the documents to the person to be served at the place where the copies were left (Code Civ. Proc., §415.20). I mailed the documents on
   *(date)*:  from *(city)*:  **or** ☐ a declaration of mailing is attached.
   (5) ☐ I attach a **declaration of diligence** stating actions taken first to attempt personal service.

Page 1 of 2

| Form Approved for Mandatory Use<br>Judicial Council of California<br>POS-010 [Rev. January 1, 2007] | **PROOF OF SERVICE OF SUMMONS** | Code of Civil Procedure, § 417.10<br>POS010-1/2179177 |
|---|---|---|

| | |
|---|---|
| Plaintiff: MAURICE SCARBOROUGH and SCOTT SCHILLER, each individually, and on behalf of all others similarly situated<br>Defendant: ROBINHOOD FINANCIAL, LLC, a Delaware limited liability company; et al. | CASE NUMBER:<br>2:23-cv-02622 FLA (PDx) |

- c. ☐ **by mail and acknowledgment of receipt of service.** I mailed the documents listed in item 2 to the party, to the address shown in item 4, by first-class mail, postage prepaid,
  - (1) on *(date)*: (2) from *(city)*:
  - (3) ☐ with two copies of the *Notice and Acknowledgment of Receipt* and a postage-paid return envelope addressed to me. *(Attach completed* Notice and Acknowledgement of Receipt.) (Code Civ. Proc., § 415.30.)
  - (4) ☐ to an address outside California with return receipt requested. (Code Civ. Proc., § 415.40.)
- d. ☐ **by other means** *(specify means of service and authorizing code section)*:

  ☐ Additional page describing service is attached.

6. The "Notice to the Person Served" (on the summons) was completed as follows:
   a. ☐ as an individual defendant.
   b. ☐ as the person sued under the fictitious name of *(specify)*:
   c. ☐ as occupant.
   d. ☑ On behalf of *(specify)*: **ROBINHOOD SECURITIES, LLC, a Delaware liability company**
      under the following Code of Civil Procedure section:
      - ☐ 416.10 (corporation)
      - ☐ 416.20 (defunct corporation)
      - ☐ 416.30 (joint stock company/association)
      - ☐ 416.40 (association or partnership)
      - ☐ 416.50 (public entity)
      - ☐ 415.95 (business organization, form unknown)
      - ☐ 416.60 (minor)
      - ☐ 416.70 (ward or conservatee)
      - ☐ 416.90 (authorized person)
      - ☐ 415.46 (occupant)
      - ☑ other: **FCRP 4(h)(1)**

7. **Person who served papers**
   a. Name: **Mellanie Brunkhorst - Ace Attorney Service, Inc.**
   b. Address: **811 Wilshire Boulevard, Suite 900 Los Angeles, CA 90017**
   c. Telephone number: **(213) 623-3979**
   d. **The fee** for service was: **$ 109.75**
   e. I am:
      (1) ☐ not a registered California process server.
      (2) ☐ exempt from registration under Business and Professions Code section 22350(b).
      (3) ☑ registered California process server:
         (i) ☐ owner  ☑ employee  ☐ independent contractor.
         (ii) Registration No.: **2022-041**
         (iii) County: **SACRAMENTO**

8. ☑ **I declare** under penalty of perjury under the laws of the State of California that the foregoing is true and correct.
   or
9. ☐ **I am a California sheriff or marshal and** I certify that the foregoing is true and correct.

   Date: **4/30/2023**

| Mellanie Brunkhorst | ▶ *[signature]* |
|---|---|
| (NAME OF PERSON WHO SERVED PAPERS/SHERIFF OR MARSHAL) | (Signature - Per CC §1633.7) |